**Opinion filed July 30, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00108-CV

_____

## JAMES ANDREW LANCE, Appellant

## V.

## DEBORAH ELIZABETH LANCE, Appellee

**On Appeal from the 231st District Court**

**Tarrant County, Texas**

**Trial Court Cause No. 231-427331-07**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court a motion to set aside the judgment and remand the cause to the trial court for disposition pursuant to an agreement.  The motion is granted.

The judgment of the trial court is reversed, and the cause is remanded to the trial court.

PER CURIAM

July 30, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.